# United States Bankruptcy Court

District of New Jersey

In re, Autumn M Urling

Debtor(s)

Case No. 17-27154

Chapter 13

**Request for Notices Pursuant to Rule 2002(g)**

Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT, by its undersigned attorneys, respectfully represents:

1. Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT is a creditor in above-captioned case.

2. Pursuant to Fed R Bankr P 2002(g), Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT hereby requests that all notices in this case be mailed to the following, regardless of whether the Court limits the mailing of notices:

Christopher K. Baxter
**Marinosci & Baxter**
Wellington Center
14643 Dallas Parkway, Suite 750
Dallas TX  75254

Respectfully submitted,

Christopher K. Baxter
Attorney for the Creditor

**Marinosci & Baxter** Wellington Center
14643 Dallas Parkway, Suite 750
Dallas TX  75254
Phone (972) 331-2300
Fax (972) 331-5240

17-13921-1