Law Offices of Harvey I. Marcus
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 07663
Tel.800-792-5500
Fax. 888-565-0403
(HIM/8635)
HIM@lawmarcus.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

Autumn M Urling,                             Case No.  17-27154 JKS
       Debtor(s).

_____

                                 Response to
                                 Objection of Specialized Loan Servicing.
                                  To Confirmation

                                 Hearing: Nov. 9, 2017 9 am

Autumn M Urling does hereby state:

     1. I am the Debtor and as such am familiar with the matters and things herein set forth.
     2. I am in an active modification with SLS and am current with payments.
     3. The objection must be rejected.

     I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

     Dated: October 20, 2017        /s/ Autumn M Urling
                                                Autumn M Urling