HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ  07663

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
### Chapter 13 Case # 17-27154

Re:   AUTUMN M URLING                              Atty:   HARVEY I. MARCUS ESQ
      21 FRANKLIN PLACE                                    250 PEHLE AVENUE
      MONTCLAIR,  NJ  07042                                SUITE 200
                                                           SADDLE BROOK, NJ  07663

### RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/20/2017 | $200.00 | 23849405572 | 10/18/2017 | $200.00 | 4370522000  - |
| 11/07/2017 | $200.00 | 4425422000  - | 12/04/2017 | $200.00 | 4494162000  - |

**Total Receipts: $800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 39.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLIED COLLECTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 373.37 | 0.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CREDIT FIRST NATIONAL ASSOC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 614,016.56 | 100.00% | 0.00 | 0.00 |
| 0007 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 305,195.90 | 100.00% | 0.00 | 0.00 |
| 0008 | STATE OF NJ | PRIORITY | 459.03 | 0.00% | 0.00 | 0.00 |
| 0009 | STATE OF NJ | UNSECURED | 15,735.31 | 0.00% | 0.00 | 0.00 |
| 0010 | STATE OF NJ | SECURED | 38,386.23 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $39.40**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $800.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $39.40     =     Funds on Hand: $760.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.