| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 224619<br>Attorneys for Secured Creditor: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT |
| In Re:<br><br>Autumn M. Urling |

Case No.: 17-27154-JKS
Chapter 13

Judge: John K. Sherwood

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Andrew M. Lubin, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

DOCUMENTS:

☒  All noticed entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: March 6, 2018                    /s/Andrew M. Lubin
                                        Signature