UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Citigroup Mortgage Loan Trust, et al.

In Re:

Autumn Urling,

Debtor.

Case No.:      17-27154-JKS

Chapter:       13

Hearing Date:  3/8/2018

Judge:         Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 11)

_____

Date: 3/7/2018                          /s/ Denise Carlon
                                        Signature

*rev.8/1/15*