UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

Order Filed on March 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Autumn M Urling,
Debtor.

Case No.:    17-27154

Chapter:    13

Judge:    Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Harvey I Marcus_____, the applicant, is allowed a fee of $ _____1600.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1600.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Autumn M Urling  
    Debtor

Case No. 17-27154-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 1  Date Rcvd: Mar 29, 2018  
          Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.  
db   +Autumn M Urling,    21 Franklin Place,    Montclair, NJ 07042-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:  
    Andrew M. Lubin    on behalf of Creditor    Selene Finance, LP as servicing agent for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT bkecf@milsteadlaw.com,   alubin@milsteadlaw.com  
    Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkecf@milsteadlaw.com,   alubin@milsteadlaw.com  
    Brian C. Nicholas    on behalf of Creditor    U.S Bank National Association as Trustee for the certificateholders of Citigroup Mortgage Loan Trust Inc. Aset-Backed Pass-Through Certificates Series 2007-AMC1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
    Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007- AMC1, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
    Harvey I. Marcus    on behalf of Debtor Autumn M Urling him@lawmarcus.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                               TOTAL: 7