| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for U.S Bank National Association as Trustee for the certificateholders of Citigroup Mortgage Loan Trust Inc. Aset-Backed Pass-Through Certificates Series 2007-AMC1 | Order Filed on April 13, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Autumn M. Urling,<br><br>Debtor. | Case No.:  17-27154 JKS<br>Adv. No.:<br>Hearing Date:  11/9/17 @9:00 a.m.<br><br>Judge:  John K. Sherwood |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 13, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:     Autumn M. Urling
Case No.:   17-27154 JKS
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S Bank National Association as Trustee for the certificateholders of Citigroup Mortgage Loan Trust Inc. Aset-Backed Pass-Through Certificates Series 2007-AMC1, holder of a mortgage on real property located at 110 Valley Road, Montclair Township, NJ, 07042, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Harvey Marcus, Esquire, attorney for Debtor, Autumn M. Urling, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall make post-petition payments directly to Secured Creditor outside of the plan in accordance with the terms of the trial modification;

It is further **ORDERED, ADJUDGED and DECREED** that the Creditor does not waive it's rights to any pre- or post-petition arrears in the event a final loan modification is unsuccessful, or if any payment is more than 30 days late; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's proof of claim while Debtor is seeking a loan modification;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-27154-JKS
Autumn M Urling                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin              Page 1 of 1              Date Rcvd: Apr 13, 2018
                           Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db             +Autumn M Urling,    21 Franklin Place,    Montclair, NJ 07042-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
    Andrew M. Lubin    on behalf of Creditor    Selene Finance, LP as servicing agent for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
    Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
    Brian C. Nicholas    on behalf of Creditor    U.S Bank National Association as Trustee for the certificateholders of Citigroup Mortgage Loan Trust Inc. Aset-Backed Pass-Through Certificates Series 2007-AMC1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007- AMC1, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Harvey I. Marcus    on behalf of Debtor Autumn M Urling him@lawmarcus.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7