Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−27154−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Autumn M Urling
   21 Franklin Place
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−4550

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2018
JAN: rah

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Autumn M Urling  
    Debtor

Case No. 17-27154-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: May 30, 2018  
                   Form ID: 148      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.

```
db         +Autumn M Urling,    21 Franklin Place,    Montclair, NJ 07042-4441
cr         +WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE F,    Marinosci & Baxter,
             14643 Dallas Parkway, Ste 750,    Dallas, TX 75254-8884
cr         +Wilmington Savings Fund Society,    Marinosci & Baxter,    Wellington Center,
             14643 Dallas Parkway, Ste 750,    Dallas, TX 75254-8884
517466901  +O'Boyle Landscaping,    c/o Jerome F O'Brien, Esq.,    PO BOX 505,    West Caldwell, NJ 07007-0505
517026945  +SLS,   8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
517074915 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,    Department of Treasury,
             Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517044904  +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing, LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 30 2018 23:03:02      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2018 23:03:02      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr          +EDI: RMSC.COM May 31 2018 02:58:00      Synchrony Bank, c/o PRA Receivables Management, LL,
             POB 41021,    Norfolk, VA 23541-1021
517026948    EDI: CAPITALONE.COM May 31 2018 02:58:00      Capital One,    15000 Capital One Dr,
             Richmond, VA 23238
517026947   +EDI: CAPITALONE.COM May 31 2018 02:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
             Salt Lake City, UT 84130-0253
517026949   +E-mail/Text: bankruptcy@cavps.com May 30 2018 23:03:11      Cavalry Portfolio Services,
             Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517262702   +E-mail/Text: bankruptcy@cavps.com May 30 2018 23:03:12      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517026950   +EDI: CRFRSTNA.COM May 31 2018 02:58:00      Credit First National Assoc,
             Attn: BK Credit Operations,    Po Box 81315,    Cleveland, OH 44181-0315
517181621    EDI: PRA.COM May 31 2018 02:58:00      Portfolio Recovery Associates, LLC,
             c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517026944    E-mail/Text: bkteam@selenefinance.com May 30 2018 23:02:47      Selene Finance LP,
             PO Box 422039,    Houston, TX 77242-4239
517265211   +E-mail/Text: bkteam@selenefinance.com May 30 2018 23:02:47
             Wilmington Savings Fund Society, FSB, doing busine,    c/o Selene Finance LP,
             9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517316824*  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
             PO Box 245,    Trenton, NJ 08695-0245)
517026946  ##+Allied Collection Services,    8550 Balboa Blvd,    Suite 232,    Northridge, CA 91325-5806
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                    Signature:    /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 30, 2018
                              Form ID: 148             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Selene Finance, LP as servicing agent for Wilmington
           Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
           but solely as trustee for BCAT 2015-13ATT bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Brian C. Nicholas    on behalf of Creditor    U.S Bank National Association as Trustee for the
           certificateholders of Citigroup Mortgage Loan Trust Inc. Aset-Backed Pass-Through Certificates
           Series 2007-AMC1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2007- AMC1, U.S. Bank National Association, as Trustee
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Autumn M Urling him@lawmarcus.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```